**UNITED STATES of America,**
**Appellee,**

v.

**Khounxai PHIMVONGSA, Appellant.**

No. 05–2360.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 3, 2006.

Decided: Feb. 8, 2006.

Tyson J. Martin, U.S. Attorney's Office, Springfield, MO, for Plaintiff–Appellee.

Ann M. Koszuth, Federal Public Defender's Office, Springfield, MO, for Defendant–Appellant.

Khounxai Phimvongsa, Springfield, MO, Pro Se.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Khounxai Phimvongsa pleaded guilty to being a felon and an unlawful user of controlled substances in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and (g)(3), and possessing marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). The district court [1] sentenced him to 46 months in prison and 3 years of supervised release. On appeal, Phimvongsa's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Phimvongsa's plea agreement contains a valid appeal waiver. *See United States v. Andis,* 333 F.3d 886, 889–90 (8th Cir.) (en banc), *cert. denied,* 540 U.S. 997, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003). Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), for any nonfrivolous issues not covered by the appeal waiver, we enforce the waiver, dismiss this appeal, and grant counsel's motion to withdraw.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.